# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-1097
_____

Eddie LaReece Pittman

*Plaintiff - Appellant*

v.

ABB Inc.

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City
_____

Submitted: September 5, 2018
Filed: September 10, 2018
[Unpublished]
_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Eddie Pittman appeals the district court's[1] dismissal of his pro se Title VII action against his former employer, ABB Inc. Upon careful de novo review, see Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158-59 (8th Cir. 2014) (standard of review), this court agrees with the district court's conclusion that Pittman failed to state claims of race discrimination, hostile work environment, and retaliation under Title VII, see Young v. Builders Steel Co., 754 F.3d 573, 577 (8th Cir. 2014) (discussing requirements for race-discrimination claim); Jackman v. Fifth Judicial Dist. Dep't of Corr. Servs., 728 F.3d 800, 804 (8th Cir. 2013) (discussing requirements for retaliation claim); Singletary v. Mo. Dep't of Corr., 423 F.3d 886, 892-93 (8th Cir. 2005) (discussing requirements for hostile-work-environment claim).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Willie J. Epps, Jr., United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).